# EXHIBIT 2

Electronically Filed
4/6/2022 11:31 AM
Steven D. Grierson
CLERK OF THE COURT

STEVEN K. PARKE, ESQ.
Nevada Bar No. 12627
**THE LAW FIRM OF PARKE ESQUIRE**
4455 S Jones Blvd., Suite 1
Las Vegas, NV 89103
Phone: (702) 469-3000
Fascimile: (702) 675-8990
Counsel for Plaintiff

MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
**MICHAEL T. HUA LAW LLC**
6145 Spring Mountain Rd #201
Las Vegas, NV 89146
Telephone: (702) 659-5977
Facsimile: (702) 832-0266
efile@michaelhua.com
Associated Co-Counsel for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER;<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a corporation; and DOES and DOE EMPLOYEES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO: A-22-848220-C<br><br>DEPT. NO: 4<br><br>**REQUEST FOR EXEMPTION FROM ARBITRATION** |

Plaintiff requests that this matter is exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case involves a probable jury award in an amount in excess of $50,000. A specific summary of the facts which supports this contention for exemption is as follows:

In 2016, Jeffrey Carter, was diagnosed with throat cancer. With immunotherapy treatments, my client was recovering from his illness. Immediately before the accident referenced above, my client was living a normal and otherwise healthy lifestyle.

On February 16, 2020, Mr. Carter, along with his sister-in-law, Robin McNaughton, went shopping at Vons, located at 7405 South Durango Drive in Las Vegas. Mr. Carter and Ms. McNaughton were walking in or about aisle 4/5, towards the bakery department to pick up a birthday cake for his wife, Victoria (Tori) Carter.

At about the same time, a Vons employee also in aisle 4/5, had one hand pushing a "long flatbed" trolley while using his other hand to pull a shopping cart behind him. The Vons employee lost control of the long flatbed trolley. The trolley rolled onto Mr. Carter's left foot, pinning his left foot to the ground, and then pushing Mr. Carter forwards onto the ground.

The collision caused Mr. Carter to land on his right side and to slam his head against the floor. He suffered injuries to his right shoulder, head and a laceration above his right eye (requiring sutures). Vons did not offer or provide any type of first aid, aside from a clerk bringing paper towels and a customer bringing some ice. Mr. Carter then had to fill out an incident report before he could leave the store. At no time did Vons offer to call an ambulance or offer to have Mr. Carter come back later to fill out the incident report. Mr. Carter was then immediately driven to the ER at Spring Valley Hospital.

An MRI of Mr. Carter's right shoulder revealed a SLAP tear glenoid labrum, and a tear of the distal supraspinatus tendon. As a result of the injuries sustained in this accident, Mr. Carter's cancer recovery slowed. Eventually, with the pain and injuries to his right shoulder, limited mobility, mental stress and low morale, Mr. Carter's health deteriorated quickly. Due to Mr. Carter's cancer, he was unable to receive numerous modalities resulting in an exacerbated amount of pain and suffering. On or about April 24, 2020, Mr. Carter was placed into hospice care.

Additionally, Mr. Carter fractured his 5th, 6th, and 7th ribs.

On May 11, 2020, Mr. Carter passed away, less than four months after the Vons accident.

**ECONOMIC DAMAGES**

| | |
|---|---|
| Spring Valley Hospital | $ 2,404.00 |

| | |
|---|---|
| Shadow Emergency Physicians | $ 4,214.00 |
| Desert Radiology | $ 9,681.00 |
| Ming Wei Wu, D.O. | $ 421.00 |
| Pueblo Medical Imaging | $ 1,800.00 |
| Las Vegas Spine and Pain Center | $ 1,262.00 |
| Advanced Orthopedics and Sports | $ 884.63 |
| Dynamic Spine and Sport | $ 692.00 |
| **Total Bills to Date:** | **$21,358.63** |

The US and Nevada constitution govern that civil litigants the fundamental right to a fair and impartial jury trial. All civil cases that have a probable jury award value not in excess of $50,000 per plaintiff may be exempt from the arbitration program. NAR 5.

A jury may award damages for past and future medical expenses—

> The reasonable medical expenses plaintiff has necessarily incurred as a result of the accident [and the medical expenses which you believe the plaintiff is reasonably certain to incur in the future as a result of the accident].

NEV. J.I. 10.02. A jury may award damages for past and future pain and suffering—

> The physical and mental pain, suffering, anguish and disability endured by the plaintiff from the date of the accident to the present [and the physical and mental pain, suffering, anguish and disability which you believe plaintiff is reasonably certain to experience in the future as a result of the accident].

NEV. J.I. 10.04. No definite standard for calculating pain and suffering exists—

> No definite standard [or method of calculation] is prescribed by law by which to fix reasonable compensation for pain and suffering. Nor is the opinion of any witness required as to the amount of such reasonable compensation. [Furthermore, the argument of counsel as to the amount of damages is not evidence of reasonable compensation.] In making an award for pain and suffering, you shall exercise your authority with calm and reasonable judgment and the damages you fix shall be just and reasonable in the light of the evidence.

NEV. J.I. 10.05; BAJI 14.13.

Here, Plaintiff's combined economic and noneconomic damages will exceed $50,000. Therefore, Plaintiff respectfully requests this matter is exempted from the arbitration program.

I hereby certify pursuant to NRCP 11 this case to be within the exemption(s) marked above and am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

I further certify pursuant to NRS Chapter 239B and NRS 603A.040 that this document and any attachments do not contain personal information including, without limitation, home address/phone number, social security number, driver's license number or identification card number, account number, PIN numbers, credit card number or debit card number, in combination with any required security code, access code or password that would permit access to the person's financial account.

DATED April 6, 2022

/s/ Michael T. Hua

MICHAEL T. HUA, ESQ.
Nevada Bar No.: 14547
MICHAEL T. HUA LAW
5440 W. Sahara Ave. #106
Las Vegas, NV 89146
Associated Co-Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 6, 2022, I served a copy of the foregoing **REQUEST FOR EXEMPTION FROM ARBITRATION** by transmitting via U.S. Mail, first-class postage pre-paid to the office listed below.

LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
JUSTIN SMERBER, ESQ.
Nevada Bar No. 10761
SARA PASQUALE, ESQ.
Nevada Bar No. 14412
GREGORY ODEA, ESQ.
Nevada Bar No. 9884
BRANDON | SMERBER LAW FIRM
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – facsimile
Attorneys for Defendant

/s/ Sammantha Niemeier

An Employee of MICHAEL T. HUA LAW LLC

**Electronically Filed**
**3/3/2022 11:44 AM**
**Steven D. Grierson**
**CLERK OF THE COURT**

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

**DECLARATION OF SERVICE**

**SAMMANTHA NIEMEIER, et al.,**

Plaintiff/Petitioner,

vs.

**THE VONS COMPANIES, INC., et al.,**

Defendant/Respondent,

______________________________/

Case No :**A-22-848220-C**

STATE OF NEVADA,
COUNTY OF WASHOE ss.:

**SUMMONS; COMPLAINT** Received by NOW! Services, Inc. on 02/28/2022 with instructions to serve **THE VONS COMPANIES, INC c/o CT Corporation System** at **701 S. Carson St. Ste.200, Carson City, NV89701**.

I, **Wade Morlan - R-006823**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

On **03/02/2022** at **9:00 AM**, deponent served the within **SUMMONS; COMPLAINT** on **THE VONS COMPANIES, INC c/o CT Corporation System** at **701 S. Carson St. Ste.200, Carson City, NV89701** in the manner indicated below:

By personally delivering and leaving a true copy of this process with **Carlie Fecteau**, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which is the address of the Resident Agent as shown on the current certificate of designation filed with the Secretary of State.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| **Female** | **Caucasian** | **Brown** | **20** | **5'06** | **125** |
| Other Features: | | | | | |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed this 2nd day of March, 20 22.

No Notary is required per NRS 53.045.

*44358*

X______________________
Wade Morlan - R-006823
License#: 1361
NOW! Services, Inc.
3210 W. Charleston Blvd., Ste. 3
Las Vegas,NV89102
(702) 669-7378

Client File No:

Electronically Filed
3/21/2022 2:09 PM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**IAFD**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.smerber@bsnv.law*
*s.pasquale@bsnv.law*
*g.odea@bsnv.law*
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a corporation; and DOES and DOE EMPLOYEES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: A-22-848220-C<br>DEPT. NO.: 4 |

**INITIAL APPEARANCE FEE DISCLOSURE**
**(NRS CHAPTER 19)**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

1. THE VONS COMPANIES, INC., Defendant ............................ $223.00

**TOTAL REMITTED......................................................... $223.00**

DATED this 21st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

///

///

///

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on March 21, 2022, I served a true and correct copy of the foregoing **INITIAL APPEARANCE FEE DISCLOSURE** through the Court's ECF electronic filing system, upon the following:

STEVEN K. PARKE, ESQ.
Nevada Bar No. 12627
THE LAW FIRM OF PARKE ESQUIRE
4455 S Jones Blvd., Suite 1
Las Vegas, Nevada 89103
(702) 469-3000
Facsimile (702) 675-8990
Parkelaw@gmail.com
*Attorney for Plaintiff*

MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
MICHAEL T. HUA LAW LLC
5440 W. Sahara Ave., #106
Las Vegas, NV 89146
(702) 852-2228
Facsimile: (702) 832-0266
efile@michaelhua.com
*Associated Co-Counsel for Plaintiff*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
3/21/2022 2:09 PM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**ANS**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.smerber@bsnv.law*
*s.pasquale@bsnv.law*
*g.odea@bsnv.law*
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a corporation; and DOES and DOE EMPLOYEES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: A-22-848220-C<br>DEPT. NO.: 4 |

**DEFENDANT, THE VONS COMPANIES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant, THE VONS COMPANIES, INC., by and through its undersigned attorneys, LEW BRANDON, JR., ESQ., JUSTIN SMERBER, ESQ., SARA

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

PASQUALE, ESQ., and GREGORY ODEA, ESQ., of BRANDON | SMERBER LAW FIRM, and hereby answers the Plaintiff's Complaint on file herein as follows:

1. Answering Paragraphs 1, 2, 3, 4, 5, 6, 7, (sic 7), 8, 9, 10 and 11 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

2. Answering Paragraph 12 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

**FIRST CAUSE OF ACTION**

**(NEGLIGENCE AS TO ALL DEFENDANTS)**

3. Answering Paragraph 13 of Plaintiff's Complaint on file herein, Defendant repeats and realleges each and every allegation in Paragraphs 1 through 12 as fully set forth herein.

4. Answering Paragraphs 14 and 15 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

5. Answering Paragraphs 16, 17, 18, 19, 20, 21, 22, 23 and 24 of Plaintiff's Complaint on file herein, Defendant denies each and every allegation contained therein.

**SECOND CAUSE OF ACTION**

**(NEGLIGENT HIRING / TRAINING / SUPERVISION / RETENTION AS TO ALL DEFENDANTS)**

6. Answering Paragraph 25 of Plaintiff's Complaint on file herein, Defendant repeats and realleges each and every allegation in Paragraphs 1 through 24 as fully set forth herein.

7. Answering Paragraph 26 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

8. Answering Paragraphs 27, 28, 29, 30, 31, 32, 33, 34, 35 and 36 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant alleges that at the time and place alleged in Plaintiff's Complaint, Plaintiff did not exercise ordinary care, caution or prudence for the protection of himself and any damages complained of by the Plaintiff in his Complaint, were directly or proximately caused or contributed to by the fault, failure to act, carelessness and negligence of Plaintiff.

**THIRD AFFIRMATIVE DEFENSE**

Defendant alleges that the Plaintiff assumed whatever risk or hazard existed at the time of this incident, if any there were, and was therefore responsible for the alleged damage suffered and further that the Plaintiff was guilty of negligence of his own acts which caused or contributed to by the fault, failure to act, carelessness or negligence of Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

All the risks and dangers involved in the factual situation described in Plaintiff's Complaint, if any there were, were open, obvious and known to the Plaintiff and by reason thereof, Plaintiff assumed the risks and dangers inherent thereto.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant alleges that the negligence of the Plaintiff exceeded that of the Defendant, and that the Plaintiff is thereby barred from recovery.

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**SIXTH AFFIRMATIVE DEFENSE**

Pursuant to NRCP 11, as amended: All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore, Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

**SEVENTH AFFIRMATIVE DEFENSE**

The damages sustained by Plaintiff, if any, were caused by the acts of third persons who were not agents, servants or employees of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and as such, this Defendant is not liable in any matter to the Plaintiff.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant at all times relevant to the allegations contained in Plaintiff's Complaint, acted with due care and circumspection in the performance of any and all duties imposed on it.

**NINTH AFFIRMATIVE DEFENSE**

That it has been necessary of the Defendant to employ the services of an attorney to defend the action and a reasonable sum should be allowed Defendant for attorney's fees, together with costs of suit incurred herein.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate his alleged damages, and, to the extent of such failure to mitigate any damages awarded to Plaintiff, should be reduced accordingly.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by applicable statutes of limitations.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant objects as to authentication, foundation and genuineness of all of Plaintiff's medical providers and documents listed or presented by Plaintiff.

WHEREFORE, Defendant, THE VONS COMPANIES, INC., prays as follows:

1. That Plaintiff take nothing by way of her Complaint on file herein;
2. For reasonable attorney's fees and costs of suit incurred herein; and
3. For such other and further relief as the Court may deem just and proper in the premises.

DATED this 21st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on March 21, 2022, I served a true and correct copy of the foregoing **DEFENDANT, THE VONS COMPANIES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** through the Court's ECF electronic filing system, upon the following:

STEVEN K. PARKE, ESQ.
Nevada Bar No. 12627
THE LAW FIRM OF PARKE ESQUIRE
4455 S Jones Blvd., Suite 1
Las Vegas, Nevada 89103
(702) 469-3000
Facsimile (702) 675-8990
Parkelaw@gmail.com
*Attorney for Plaintiff*

MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
MICHAEL T. HUA LAW LLC
5440 W. Sahara Ave., #106
Las Vegas, NV 89146
(702) 852-2228
Facsimile: (702) 832-0266
efile@michaelhua.com
*Associated Co-Counsel for Plaintiff*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
3/21/2022 2:09 PM
Steven D. Grierson
CLERK OF THE COURT

**DSST**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.smerber@bsnv.law*
*s.pasquale@bsnv.law*
*g.odea@bsnv.law*
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a corporation; and DOES and DOE EMPLOYEES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: A-22-848220-C<br>DEPT. NO.: 4 |

**DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1**

The undersigned counsel of record for Defendant, THE VONS COMPANIES, INC., hereby certifies that to their knowledge, THE VONS COMPANIES, INC. is a Michigan corporation, and is not publicly traded.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

There are no other known interested parties other than those identified.

DATED this 21st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

///

///

///

///

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on March 21, 2022, I served a true and correct copy of the foregoing **DISCLOSURE STATEMENT** through the Court's ECF electronic filing system, upon the following:

STEVEN K. PARKE, ESQ.
Nevada Bar No. 12627
THE LAW FIRM OF PARKE ESQUIRE
4455 S Jones Blvd., Suite 1
Las Vegas, Nevada 89103
(702) 469-3000
Facsimile (702) 675-8990
Parkelaw@gmail.com
*Attorney for Plaintiff*

MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
MICHAEL T. HUA LAW LLC
5440 W. Sahara Ave., #106
Las Vegas, NV 89146
(702) 852-2228
Facsimile: (702) 832-0266
efile@michaelhua.com
*Associated Co-Counsel for Plaintiff*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
3/21/2022 2:09 PM
Steven D. Grierson
CLERK OF THE COURT

**CSRE**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.smerber@bsnv.law*
*s.pasquale@bsnv.law*
*g.odea@bsnv.law*
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER,

Plaintiff,

vs.

THE VONS COMPANIES, INC., a corporation; and DOES and DOE EMPLOYEES I through X, inclusive; and ROE ENTITIES I through X, inclusive,

Defendants.

CASE NO.: A-22-848220-C
DEPT. NO.: 4

**CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM**

The undersigned parties hereby consent to service of documents by electronic means through the Court's e-filing program on behalf of the following parties: THE VONS COMPANIES, INC.

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Documents served by electronic means must be transmitted to the following persons at the e-mail addresses listed: l.brandon@bsnv.law; j.smerber@bsnv.law, s.pasquale@bsnv.law; and g.odea@bsnv.law.

It is my understanding that the attachments may be transmitted to the program in any format and will be converted to a PDF file before service is effected.

The undersigned also acknowledges that this Consent does not require service by electronic means unless the serving party elects to do so.

DATED this 21st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 12758
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

///

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on March 21, 2022, I served a true and correct copy of the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM** through the Court's ECF electronic filing system, upon the following:

STEVEN K. PARKE, ESQ.
Nevada Bar No. 12627
THE LAW FIRM OF PARKE ESQUIRE
4455 S Jones Blvd., Suite 1
Las Vegas, Nevada 89103
(702) 469-3000
Facsimile (702) 675-8990
Parkelaw@gmail.com
*Attorney for Plaintiff*

MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
MICHAEL T. HUA LAW LLC
5440 W. Sahara Ave., #106
Las Vegas, NV 89146
(702) 852-2228
Facsimile: (702) 832-0266
efile@michaelhua.com
*Associated Co-Counsel for Plaintiff*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
3/21/2022 2:09 PM
Steven D. Grierson
CLERK OF THE COURT

**REQT**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.smerber@bsnv.law*
*s.pasquale@bsnv.law*
*g.odea@bsnv.law*
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER,

Plaintiff,

vs.

THE VONS COMPANIES, INC., a corporation; and DOES and DOE EMPLOYEES I through X, inclusive; and ROE ENTITIES I through X, inclusive,

Defendants.

CASE NO.: A-22-848220-C
DEPT. NO.: 4

**NRCP 16.1(A)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY**

Pursuant to NRCP 16.1(a)(1)(C), Defendant, THE VONS COMPANIES, INC. hereby requests that Plaintiff, SAMMANTHA NIEMEIER, as Special Administrator of the Estate of

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

JEFFREY CARTER, provide, within 30 days of this Request, a computation of any and all categories of damages claimed by the Plaintiff, including making available for inspection and copying as under Rule 34 the documents or other evidentiary matter, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

DATED this 21st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

///

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on March 21, 2022, I served a true and correct copy of the foregoing **NRCP 16.1(A)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY** through the Court's ECF electronic filing system, upon the following:

STEVEN K. PARKE, ESQ.
Nevada Bar No. 12627
THE LAW FIRM OF PARKE ESQUIRE
4455 S Jones Blvd., Suite 1
Las Vegas, Nevada 89103
(702) 469-3000
Facsimile (702) 675-8990
Parkelaw@gmail.com
*Attorney for Plaintiff*

MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
MICHAEL T. HUA LAW LLC
5440 W. Sahara Ave., #106
Las Vegas, NV 89146
(702) 852-2228
Facsimile: (702) 832-0266
efile@michaelhua.com
*Associated Co-Counsel for Plaintiff*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
3/21/2022 2:09 PM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CSRE**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.smerber@bsnv.law*
*s.pasquale@bsnv.law*
*g.odea@bsnv.law*
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a corporation; and DOES and DOE EMPLOYEES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: A-22-848220-C<br>DEPT. NO.: 4<br><br>**CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM** |

The undersigned parties hereby consent to service of documents by electronic means through the Court's e-filing program on behalf of the following parties: THE VONS COMPANIES, INC.

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Documents served by electronic means must be transmitted to the following persons at the e-mail addresses listed: l.brandon@bsnv.law; j.smerber@bsnv.law, s.pasquale@bsnv.law; and g.odea@bsnv.law.

It is my understanding that the attachments may be transmitted to the program in any format and will be converted to a PDF file before service is effected.

The undersigned also acknowledges that this Consent does not require service by electronic means unless the serving party elects to do so.

DATED this 21st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 12758
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**GREGORY ODEA, ESQ.**
Nevada Bar No. 9884
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

///

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on March 21, 2022, I served a true and correct copy of the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM** through the Court's ECF electronic filing system, upon the following:

STEVEN K. PARKE, ESQ.
Nevada Bar No. 12627
THE LAW FIRM OF PARKE ESQUIRE
4455 S Jones Blvd., Suite 1
Las Vegas, Nevada 89103
(702) 469-3000
Facsimile (702) 675-8990
Parkelaw@gmail.com
*Attorney for Plaintiff*

MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
MICHAEL T. HUA LAW LLC
5440 W. Sahara Ave., #106
Las Vegas, NV 89146
(702) 852-2228
Facsimile: (702) 832-0266
efile@michaelhua.com
*Associated Co-Counsel for Plaintiff*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
4/6/2022 11:31 AM
Steven D. Grierson
CLERK OF THE COURT

STEVEN K. PARKE, ESQ.
Nevada Bar No. 12627
**THE LAW FIRM OF PARKE ESQUIRE**
4455 S Jones Blvd., Suite 1
Las Vegas, NV 89103
Phone: (702) 469-3000
Fascimile: (702) 675-8990
Counsel for Plaintiff

MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
**MICHAEL T. HUA LAW LLC**
6145 Spring Mountain Rd #201
Las Vegas, NV 89146
Telephone: (702) 659-5977
Facsimile: (702) 832-0266
efile@michaelhua.com
Associated Co-Counsel for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER;

Plaintiff,

vs.

THE VONS COMPANIES, INC., a corporation; and DOES and DOE EMPLOYEES I through X, inclusive; and ROE ENTITIES I through X, inclusive,

Defendants.

CASE NO: A-22-848220-C

DEPT. NO: 4

**REQUEST FOR EXEMPTION FROM ARBITRATION**

Plaintiff requests that this matter is exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case involves a probable jury award in an amount in excess of $50,000. A specific summary of the facts which supports this contention for exemption is as follows:

In 2016, Jeffrey Carter, was diagnosed with throat cancer. With immunotherapy treatments, my client was recovering from his illness. Immediately before the accident referenced above, my client was living a normal and otherwise healthy lifestyle.

On February 16, 2020, Mr. Carter, along with his sister-in-law, Robin McNaughton, went shopping at Vons, located at 7405 South Durango Drive in Las Vegas. Mr. Carter and Ms. McNaughton were walking in or about aisle 4/5, towards the bakery department to pick up a birthday cake for his wife, Victoria (Tori) Carter.

At about the same time, a Vons employee also in aisle 4/5, had one hand pushing a "long flatbed" trolley while using his other hand to pull a shopping cart behind him. The Vons employee lost control of the long flatbed trolley. The trolley rolled onto Mr. Carter's left foot, pinning his left foot to the ground, and then pushing Mr. Carter forwards onto the ground.

The collision caused Mr. Carter to land on his right side and to slam his head against the floor. He suffered injuries to his right shoulder, head and a laceration above his right eye (requiring sutures). Vons did not offer or provide any type of first aid, aside from a clerk bringing paper towels and a customer bringing some ice. Mr. Carter then had to fill out an incident report before he could leave the store. At no time did Vons offer to call an ambulance or offer to have Mr. Carter come back later to fill out the incident report. Mr. Carter was then immediately driven to the ER at Spring Valley Hospital.

An MRI of Mr. Carter's right shoulder revealed a SLAP tear glenoid labrum, and a tear of the distal supraspinatus tendon. As a result of the injuries sustained in this accident, Mr. Carter's cancer recovery slowed. Eventually, with the pain and injuries to his right shoulder, limited mobility, mental stress and low morale, Mr. Carter's health deteriorated quickly. Due to Mr. Carter's cancer, he was unable to receive numerous modalities resulting in an exacerbated amount of pain and suffering. On or about April 24, 2020, Mr. Carter was placed into hospice care.

Additionally, Mr. Carter fractured his 5th, 6th, and 7th ribs.

On May 11, 2020, Mr. Carter passed away, less than four months after the Vons accident.

**ECONOMIC DAMAGES**

| | |
|---|---|
| Spring Valley Hospital | $ 2,404.00 |

| | |
|---|---|
| Shadow Emergency Physicians | $ 4,214.00 |
| Desert Radiology | $ 9,681.00 |
| Ming Wei Wu, D.O. | $ 421.00 |
| Pueblo Medical Imaging | $ 1,800.00 |
| Las Vegas Spine and Pain Center | $ 1,262.00 |
| Advanced Orthopedics and Sports | $ 884.63 |
| Dynamic Spine and Sport | $ 692.00 |
| **Total Bills to Date:** | **$21,358.63** |

The US and Nevada constitution govern that civil litigants the fundamental right to a fair and impartial jury trial. All civil cases that have a probable jury award value not in excess of $50,000 per plaintiff may be exempt from the arbitration program. NAR 5.

A jury may award damages for past and future medical expenses—

> The reasonable medical expenses plaintiff has necessarily incurred as a result of the accident [and the medical expenses which you believe the plaintiff is reasonably certain to incur in the future as a result of the accident].

NEV. J.I. 10.02. A jury may award damages for past and future pain and suffering—

> The physical and mental pain, suffering, anguish and disability endured by the plaintiff from the date of the accident to the present [and the physical and mental pain, suffering, anguish and disability which you believe plaintiff is reasonably certain to experience in the future as a result of the accident].

NEV. J.I. 10.04. No definite standard for calculating pain and suffering exists—

> No definite standard [or method of calculation] is prescribed by law by which to fix reasonable compensation for pain and suffering. Nor is the opinion of any witness required as to the amount of such reasonable compensation. [Furthermore, the argument of counsel as to the amount of damages is not evidence of reasonable compensation.] In making an award for pain and suffering, you shall exercise your authority with calm and reasonable judgment and the damages you fix shall be just and reasonable in the light of the evidence.

NEV. J.I. 10.05; BAJI 14.13.

Here, Plaintiff's combined economic and noneconomic damages will exceed $50,000. Therefore, Plaintiff respectfully requests this matter is exempted from the arbitration program.

I hereby certify pursuant to NRCP 11 this case to be within the exemption(s) marked above and am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

I further certify pursuant to NRS Chapter 239B and NRS 603A.040 that this document and any attachments do not contain personal information including, without limitation, home address/phone number, social security number, driver's license number or identification card number, account number, PIN numbers, credit card number or debit card number, in combination with any required security code, access code or password that would permit access to the person's financial account.

DATED April 6, 2022

/s/ Michael T. Hua

MICHAEL T. HUA, ESQ.
Nevada Bar No.: 14547
MICHAEL T. HUA LAW
5440 W. Sahara Ave. #106
Las Vegas, NV 89146
Associated Co-Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 6, 2022, I served a copy of the foregoing **REQUEST FOR EXEMPTION FROM ARBITRATION** by transmitting via U.S. Mail, first-class postage pre-paid to the office listed below.

LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
JUSTIN SMERBER, ESQ.
Nevada Bar No. 10761
SARA PASQUALE, ESQ.
Nevada Bar No. 14412
GREGORY ODEA, ESQ.
Nevada Bar No. 9884
BRANDON | SMERBER LAW FIRM
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – facsimile
Attorneys for Defendant

/s/ Sammantha Niemeier

An Employee of MICHAEL T. HUA LAW LLC