# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER,<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>THE VONS COMPANIES, INC., a corporation; LARRY SPAHR, an individual and DOES and DOE EMPLOYEES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>　　　　　　　Defendant(s). | 2:22-cv-00665-GMN-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's motion to continue and extend discovery deadlines (ECF NO. 21).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on Plaintiff's motion to continue and extend discovery deadlines (ECF NO. 21), is scheduled for 10:00 am, January 9, 2023, in Courtroom 3D.

DATED this 18th day of October 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE