**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

SAMMANTHA NIEMEIER as Special
Administrator of the Estate of JEFFREY
CARTER,

                Plaintiff(s),

v.

THE VONS COMPANIES, INC., a
corporation; and DOES and DOE
EMPLOYEES I through X, inclusive; and
ROE ENTITIES I through X, inclusive,

                Defendant(s).

2:22-cv-00665-GMN-VCF

**<u>ORDER</u>**

The parties have reached a global settlement agreement (ECF No. 43) and Judge Navarro has ordered the parties to file a proposed stipulation and order for dismissal (ECF No. 44).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for October 12, 2023, is VACATED.

DATED this 10th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1