**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**BRANDON | SMERBER LAW FIRM**
139 E. Warms Spring Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@moranlawfirm.com
j.smerber@bsnv.law
Attorneys for Defendant,
THE VONS COMPANIES, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a corporation; and DOES and DOE EMPLOYEES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00665-GMN-VCF |

**STIPULATION AND ORDER TO DISMISS DEFENDANT, THE VONS COMPANIES, INC., WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by Defendant, THE VONS COMPANIES, INC., by and through its undersigned attorneys, LEW BRANDON, JR., ESQ., JUSTIN W. SMERBER, ESQ. and SUSAN LEE, ESQ., of BRANDON | SMERBER LAW FIRM, and Plaintiff, SAMMANTHA NIEMEIER as Special Administrator of the Estate of JEFFREY CARTER, by and through her undersigned attorney, MICHAEL T. HUA, ESQ. of MICHAEL T. HUA LAW LLC, to following:

1  That Defendant, THE VONS COMPANIES, INC., be dismissed, with prejudice from the
2  above-entitled matter, leaving no remaining parties.  Each party to bear their own fees and costs.

3  DATED this 3rd day of November, 2023.        DATED this 3rd day of November, 2023.
4  **MICHAEL T. HUA LAW LLC**                  **BRANDON | SMERBER LAW FIRM**

5  /s/ Michael T. Hua, Esq.                    /s/ Justin W. Smerber, Esq.
   **MICHAEL T. HUA, ESQ.**                    **LEW BRANDON, JR., ESQ.**
6  5440 W. Sahara Ave., #106                   Nevada Bar No. 5880
7  Las Vegas, NV 89146                         **JUSTIN W. SMERBER, ESQ.**
   Attorney for Plaintiff                      Nevada Bar No. 10761
8                                              **SUSAN LEE, ESQ.**
9                                              Nevada Bar No. 15266
                                                139 E. Warm Springs Road
10                                             Las Vegas, Nevada 89119
                                                Attorneys for Defendant,
11                                             THE VONS COMPANIES, INC.

12                                  **ORDER**

13  **IT IS SO ORDERED.**  The Clerk of Court is instructed to close the case.
14

15  DATED this __6__ day of ___November___, 2023.

16

17  _____
18  **UNITED STATES DISTRICT COURT JUDGE**